UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **5:26-cv-05688-CV (RAOx)** | Date | September 28, 2026 |
| Title | ***Mauricio Bonilla Balderas v. Todd Lyons et. al,*** | | |

| | |
|---|---|
| Present: The Honorable | Cynthia Valenzuela, United States District Judge |

| | |
|---|---|
| Jessica Cortes | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER RE: APPLICATION FOR TEMPORARY RESTRAINING ORDER [2] AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

Petitioner Mauricio Bonilla Balderas brings this action for a writ of habeas corpus. Doc. # 1 ("Pet."). On September 25, 2026, Petitioner filed an *Ex Parte* Application for a Temporary Restraining Order. Doc. # 2 ("Appl.").[1]

On September 25, 2026, the Court set a briefing schedule on the Application. Doc. # 7. On September 28, 2026, Respondents timely filed a Response. Doc. # 8 ("Response"). Through its Response, Respondents state: "[G]iven the exceptional exigency of the specific harm that his TRO Application alleges as the basis for seeking immediate release (as opposed to going through an initial bond proceeding)—i.e., his wife is scheduled to deliver his child very shortly—the **Respondents are therefore not at this juncture presenting an opposition to the TRO Application under the specific circumstances of this case**." Response at 2–3 (emphasis added).

[1] The Court thus DENIES as moot Petitioner's Renewed Motion for Temporary Restraining Order. Doc. # 11.

Given Respondents statement of non-opposition to Petitioner's Application seeking immediate release based on family circumstances, the Court hereby **GRANTS** the Application and **ORDERS Petitioner Mauricio Bonilla Balderas (A 220 487 362) immediately released.** Respondents must certify compliance with this Order with twenty-four hours from entry.

To preserve the Court's jurisdiction, Respondents are enjoined from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case or further order of the Court, unless executing a final order of removal issued against Petitioner.

This temporary restraining order shall take immediate effect and expires at 5:00 p.m. PT on October 12, 2026 . The temporary restraining order may be extended for good cause or upon Respondents' consent.

Respondents are ordered to show cause why a preliminary injunction should not issue. *See* C.D. Cal. L. R. 65-1. Respondents must file any written response to the Order to Show Cause no later than 5 court days before expiration. Failure to file a response by this deadline shall be deemed as consent to the granting of a Preliminary Injunction. Petitioner shall file a reply no later than 2 court days before expiration.

The Court shall decide, after reviewing the Parties' papers, whether to hold a hearing on the Order to Show Cause or to take the Order to Show Cause under submission.

**IT IS SO ORDERED.**