UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAURICIO BONILLA BALDERAS,

Petitioner,

v.

TODD LYONS, *et al*.,

Respondents.

Case No. 5:26-cv-5688-CV (RAOx)

**ORDER ISSUING PRELIMINARY INJUNCTION PURSUANT TO ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [9]**

On September 28, 2026, the Court issued a Temporary Restraining Order ("TRO"), which ordered Respondents to immediately release Petitioner and enjoined Respondents from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case or further order of the Court, unless executing a final order of removal issued against Petitioner. Doc. # 9 ("OSC"). The TRO also ordered Respondents to show cause why a preliminary injunction should not issue by October 5, 2026, and noted that Respondents' failure to do so would "be deemed as consent to the granting of a Preliminary Injunction." *Id.*

Respondents did not file a response to the order to show cause by the October 5, 2026 deadline. Accordingly, the Court issues a Preliminary Injunction and ORDERS as follows:

1. Respondents are enjoined from re-detaining Petitioner without compliance with applicable statutory and regulatory frameworks governing detention;

2. To preserve the Court's jurisdiction, respondents are enjoined from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case or further order of the Court, unless executing a final order of removal issued against Petitioner.

3. The OSC is hereby discharged.

**IT IS SO ORDERED**.

Dated: 10/13/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE